IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 0 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01737-BNB

IYMAN FARIS,

    Plaintiff,

v.

J. SANDS (Senior Officer),

    Defendant.

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On September 11, 2006, the court ordered Plaintiff Iyman Faris to show cause why the instant action should not be dismissed for failure to exhaust administrative remedies. On September 25, 2006, Mr. Faris submitted his response to the show cause order. Based on the documents attached to the response, it appears that Mr. Faris may have exhausted administrative remedies. Therefore, the complaint will not be dismissed at this time for failure to exhaust administrative remedies. The September 11 order to show cause will be discharged and this case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the September 11, 2006, Order to Show Cause filed in this action is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 10th day of October, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01737-BNB

Iyman Faris
Reg. No. 46680-083
ADX – Florence
PO Box 8500
Florence, CO 81226

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10-10-06

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk